**Order entered April 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00022-CV

**ROBERT PERRY, II AND ALL OCCUPANTS OF
1006 ALLEN STREET, DALLAS, TEXAS 75204, Appellants**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-13-05355-D**

## ORDER

The reporter's record is past due. On March 21, 2014, the Court received correspondence from Coral Hough, Official Court Reporter for County Court at Law No. 4 of Dallas County, Texas, that appellants had neither requested nor made payment arrangements for the reporter's record. In a letter dated March 24, 2014, the Court instructed appellants to file, within ten days, (1) notice that appellants have requested preparation of the reporter's record and (2) written verification that appellants have paid or made arrangements to pay for the reporter's record or written documentation that appellants have been found to be entitled to proceed without advance payment of costs.

The Court did not receive the requested documentation from appellants. Rather, the Court received appellants' April 3, 2014 motion to extend the time to file the reporter's record. In their motion, appellants ask for an extension until June 3, 2013 and state that appellant, Robert Perry, II, has been unable to devote sufficient time to the record's preparation due to medical issues. The reporter's record must be prepared and filed by Coral Hough. The court reporter has no obligation to prepare and file the record until appellants request it and pay for or make arrangements to pay for the record. *See* TEX. R. APP. P. 35.3(b).

Accordingly, we **ORDER** appellants to file, **ON OR BEFORE APRIL 18, 2014**, (1) notice that appellants have requested preparation of the reporter's record and (2) written verification that appellants have paid or made arrangements to pay for the reporter's record or written documentation that appellants have been found to be entitled to proceed without advance payment of costs. If appellants fail to file the requested documentation by **April 18, 2014**, the Court will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). We **DENY** appellants' motion as moot.

/s/     ADA BROWN
          JUSTICE